*#01-15589-Crow  #1277 43 U.S. Treasury ck/978/K  7/15/02

| Case No | Last | First | Amount | Payee |
|---|---|---|---|---|
| 0114672 | GABRIEL / GABRIEL | THRUSTON / CARRIE | 230.01 | EQUICREDIT CORP ATTN H CAMPBE<br>MAIL CODE FL9-016-03-03<br>10401 DEERWOOD PARK BLVD<br>JACKSONVILLE FL  32256 |
| 0115589 | CROW | PEGGY BARNHILL | 1,277.43 | (DEBTOR)<br>P O BOX 8595<br>MANDEVILLE LA 70448 |
| 0115828 | WILLIAMS JR / WILLIAMS | GEORGE A / CELESTINE K | 186.82 | RISK MANAGEMENT ALTERNATIVES<br>STE 302<br>7775 BAYMEADOWS WAY<br>JACKSONVILLE FL  32256 |
| 0115926 | GOLDEN | GAYNELL TERRY | 216.89 | NODA FEDERAL CREDIT UNION<br>BLDG 350<br>13800 OLD GENTILLY BLVD<br>NEW ORLEANS LA  70129 |
| 9613665 | DYKES / DYKES | CHARLES EDWARD / BARBARA MARIE | 20.17 | (DEBTORS)<br>2018 KERLEREC ST<br>NEW ORLEANS LA 70116 |
| 9710232 | WASHINGTON JR | JAMES R | 14.67 | (DEBTOR)<br>111 EAST POINT CT<br>NEW ORLEANS LA 70128 |
| 9711297 | EWALD / EWALD | BERNARD JOHN / YVONNE EMMA | 21.70 | WINDSOR FINANCIAL GROUP<br>402 S JEFF DAVIS PKWY<br>NEW ORLEANS LA  70119 |
| 9711297 | EWALD / EWALD | BERNARD JOHN / YVONNE EMMA | 86.79 | WINDSOR FINANCIAL GROUP<br>402 S JEFF DAVIS PKWY<br>NEW ORLEANS LA  70119 |
| 9711830 | COOPER JR / COOPER | EVLONDO / DOROTHY M | 109.14 | LDCA<br>PO BOX 66776<br>BATON ROUGE LA  70896 |
| 9712298 | ETHERIDGE | CATINA | 18.60 | MYRON MOOREHEAD MD<br>STE 2121<br>ONE GALLERIA BLVD<br>METAIRIE LA  70001 |

Total $108.49

2,182.22

(9)

CHAPTER 13 TRUSTEE TRUST ACCOUNT

921116

UNITED STATES BANKRUPTCY COURT
ROOM 601
501 MAGAZINE ST
NEW ORLEANS, LA 70130

Jun 27, 2002         $4,781.75

Payments found to be undeliverable, as per the attached listing, for deposit into the Registry of the Court.

---

**CHAPTER 13 TRUSTEE
TRUST ACCOUNT**
433 METAIRIE ROAD, SUITE 515
METAIRIE, LA 70005

FIRST AMERICAN BANK & TRUST
METAIRIE, LA 70005
84-242/654

921116

DATE
June 27, 2002

AMOUNT
**************$4,781.75

Four Thousand Seven Hundred Eighty-One and 75/100 Dollars

PAY

TO THE
ORDER
OF:
UNITED STATES BANKRUPTCY COURT
ROOM 601
501 MAGAZINE ST
NEW ORLEANS, LA 70130

AUTHORIZED SIGNATURE

⑊ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑊

⑊921116⑊ ⑊065402423⑊ 690 272 3⑊