```
Date: Fri Apr 25, 2003      REGISTRY CHECK #921244                          Page: 1
Time: 12:05 PM                                                              User: JOHN
```

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
|---|---|---|---|---|
| 0010573 | BROOKTER<br>BROOKTER<br>57065 PACE ST<br>SLIDELL LA         70461 | AL J<br>DONNA C | 44.71 | ST TAMMY PARISH CREDIT UNION<br><br>PO BOX 382<br>COVINGTON LA       70434 |
| 0015419 | PORTER<br>PORTER<br>7230 VOYAGEUR CT<br>NEW ORLEANS LA     70129 | TROY<br>JENNIFER H | 15.26 | |
| 0115589 | CROW<br><br>PO BOX 8595<br>MANDEVILLE LA       70448 | PEGGY BARNHILL | 425.81 | ~~(crossed out)~~ |
| 9810174 | ESTELLE<br><br>2522 DELACHAISE ST<br>NEW ORLEANS LA     70115 | BARBARA JEAN | 7.19 | |
| 9811986 | SANTINAC<br>SANTINAC<br>3461 BRIDGETOWN CT<br>KENNER LA         70065 | WARREN<br>MARION RUTH | 837.88 | |
| 9915655 | PARKER<br><br>5010 ST ANOTHONY AVE<br>NEW ORLEANS LA     70122 | DEBERA | 56.85 | |
| 9917186 | ALEXIS SR<br>ALEXIS<br>4531 METROPOLITAN DR<br>NEW ORLEANS LA     70126 | GLENN JOSEPH<br>NEDRA ANN CORNIS | 8.80 | AMERICAN CHECKHOLDERS<br>SUITE A<br>300 WEST JUDGE PEREZ DR<br>CHALMETTE LA       70043 |

```
                                        1,396.50
```

*Handwritten notes:*
- #01-15589 Crow.
- $425.81 to Treasury 60498R on 4/29/03

RELIEF
ORDERED
PFP PD
GNT
UCC
CALC
APR
FILE
FEE
EA
SCT
PLEADING

UNITED STATES BANKRUPTCY COURT    Apr 25, 2003    $1,396.50
ROOM 601
501 MAGAZINE ST
NEW ORLEANS, LA 70130

RECEIVED

2003 APR 29 A 11: 21

Payments found to be undeliverable, as per the attached listing, for deposit into the registry of the court.

CLERK
UNITED STATES
BANKRUPTCY COURT
NEW ORLEANS, LA

---

**CHAPTER 13 TRUSTEE    FIRST AMERICAN BANK & TRUST    921244
TRUST ACCOUNT**    METAIRIE, LA 70005
433 METAIRIE ROAD, SUITE 515    84-242/654
METAIRIE, LA 70005

DATE    AMOUNT
April 25, 2003    **************$1,396.50

One Thousand Three Hundred Ninety-Six and 50/100 Dollars

PAY
TO THE
ORDER
OF:

UNITED STATES BANKRUPTCY COURT
ROOM 601
501 MAGAZINE ST
NEW ORLEANS, LA 70130

X /s/ J Beaulieu Jr
AUTHORIZED SIGNATURE

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈921244⑈ ⑆065402423⑆ 690 272 3⑈